**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 433 WAL 2015

          Respondent    :
                                   :    Petition for Allowance of Appeal from
                                   :    the Order of the Superior Court

          v.    :

MATTHEW CHRISTIAN MILISITS,    :

          Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

     Mr. Justice Eakin did not participate in the decision of this matter.